AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tinder, John D. | Seventh Circuit Court of Appeals | 5/24/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 46 East Ohio Street, Room 256 Indianapolis, IN 46204 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Tinder , John D.

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. M&I Bank - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 2. Barnes & Thornburg Profit Sharing Plan | E | Int./Div. | P1 | T | | | | | |
| 3. -Vanguard Institutional Index Mutual Fund | | | | | Buy (add'l) | 01/19/10 | J | | |
| 4. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 5. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 6. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 7. -Harbor Cap Apprec Mutual Fund | | | | | Buy (add'l) | 01/19/10 | J | | |
| 8. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 9. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 10. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 11. -William Blair Intl Gr I | | | | | Buy (add'l) | 01/19/10 | J | | |
| 12. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 13. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 14. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 15. -Templeton Inst Forgn Eq | | | | | Buy (add'l) | 01/19/10 | J | | |
| 16. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 17. | | | | | Buy (add'l) | 07/16/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 19. -Columbia Acorn Fd(Z) | | | | | Buy (add'l) | 01/19/10 | J | | |
| 20. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 21. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 22. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 23. -Victory EB Value Eq Fd | | | | | Buy (add'l) | 01/19/10 | J | | |
| 24. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 25. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 26. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 27. United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 28. Belo Corp Common Stock A | | None | J | T | | | | | |
| 29. Belo Corp Common Stock B | | None | J | T | | | | | |
| 30. Colgate Palmolive Common Stock | B | Dividend | L | T | | | | | |
| 31. Northwestern Mutual Series Fund(Variable Annuity) | A | Dividend | L | T | | | | | |
| 32. -International Equity Fund | | | | | | | | | |
| 33. -Balanced Fund | | | | | | | | | |
| 34. -Index 500 Stock Fund | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## VII. INVESTMENTS and TRUSTS – _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Mid Cap Growth Stock Fund | | | | | | | | | |
| 36. Treasury Notes - Account #1 | A | Interest | K | T | Buy (add'l) | 12/15/10 | J | | |
| 37. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 38. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 39. Treasury Notes - Account #2 (See Footnote #3) | A | Interest | L | T | Buy | 12/09/10 | K | | |
| 40. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 41. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 42. | | | | | Buy (add'l) | 12/31/10 | K | | |
| 43. Series EE Savings Bond Purchased 1992 | B | Interest | K | T | | | | | |
| 44. Series EE Savings Bonds Purchased 1993 | B | Interest | K | T | | | | | |
| 45. Series EE Savings Bonds Purchased 1994 | B | Interest | K | T | | | | | |
| 46. Vanguard - IRA #2 | D | Dividend | N | T | | | | | |
| 47. -Vanguard 500 Index Fund | | | | | Buy (add'l) | 01/21/10 | J | | |
| 48. -Vanguard LT Treasury Fund Admiral Shares | | | | | | | | | |
| 49. Vanguard - IRA #3 | C | Dividend | M | T | | | | | |
| 50. -Vanguard 500 Index Fund | | | | | | | | | |
| 51. -Vanguard Telecommunication Services Index Fd Admiral Shares | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | J =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Brokerage Account #1 | | | | | | | | | |
| 53. -Vanguard 500 Index Fund Admiral | C | Dividend | N | T | | | | | |
| 54. -Vanguard Allocation Fund | A | Dividend | J | T | | | | | |
| 55. -Vanguard Target Retirement 2015-65% | A | Dividend | J | T | | | | | |
| 56. -Vanguard Equity Income Fund | A | Dividend | J | T | | | | | |
| 57. -Vanguard European Stock Index | A | Dividend | J | T | | | | | |
| 58. -Vanguard REIT Index Fund Adm | A | Dividend | K | T | | | | | |
| 59. -Vanguard Telecom Services Idx Adm | C | Dividend | M | T | | | | | |
| 60. -Vanguard Value Index Fund | A | Dividend | J | T | | | | | |
| 61. -Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 62. Vanguard Brokerage Account #2 | | | | | | | | | |
| 63. -Vanguard Health Care Fund | B | Dividend | L | T | | | | | |
| 64. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 65. -Vanguard Total Stock Mkt Idx | B | Dividend | L | T | | | | | |
| 66. Vanguard Brokerage Account #3 | | | | | | | | | |
| 67. -Zionsville IN Cmnty Schs 0% Bonds (Footnote #1) | | None | L | T | | | | | |
| 68. Starbucks Corp. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. National Bank of Indpls. Accounts | E | Interest | P1 | T | | | | | |
| 70. Federated Prudent Bear Fund No Load | | None | K | T | | | | | |
| 71. Merrill Lynch Account #1-(See Footnote #1) | | | | | Closed | 06/17/10 | | | |
| 72. -ML Cash Management Account-(See Footnote #1) | | None | | | Closed | 06/17/10 | J | A | |
| 73. -Zionsville IN Cmnty Schs 0% Bonds-(See Footnote #1) | | None | | | Closed | 06/17/10 | L | | |
| 74. Northwestern Mutual Whole Life Ins | C | Dividends | M | T | | | | | |
| 75. National Bank of Indianapolis - IRA (CD) | A | Interest | K | T | | | | | |
| 76. Union Savings Bank - CD (See Footnote #2) | B | Interest | | | Redeemed | 10/15/10 | M | A | |
| 77. Rental Property #1,Indianapolis,IN | D | Rent | N | W | | | | | |
| 78. Ally Bank - CD | A | Interest | M | T | Buy | 07/07/10 | M | | |
| 79. American Express Bank - CD/Savings | A | Interest | M | T | Buy | 03/17/10 | M | | |
| 80. Nationwide Bank - CD | A | Interest | M | T | Buy | 10/04/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnote #1 (See VII, Item 67 and 71-73 ) - Merrill Lynch account was closed on 6/17/10 and the Zionsville, IN Community Schools 0% Bond was transferred to Vanguard brokerage account #3 (see section VII, Line 67), where it will be reported on future reports. The cash management account was depleted to pay the transfer fee and will not be reported on future reports.

Footnote #2 (See VII, Item 76) - Union Savings Bank CD was redeemed on 10/5/10, as a result it will not be listed on future reports.

Footnote #3 (See VII, Item 39-42) - Opened a second account for Treasury Notes on 12/15/10.

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 5/24/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq._ 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI     REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544